# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GARY  FUNK                                          Case No.: 4-14-05080-RNO

MARCY  FUNK                                         Chapter 13

                    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                           **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | RUSHMORE LOAN MGMT SERVICE |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 4217 |
| Property Address if applicable: | 2634 SUSQUEHANNA TRAIL, , WATSONTOWN, PA17777 |

**PART 2:**                           **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,744.27 |
| b. | Prepetition arrearages paid by the Trustee: | $12,744.27 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $12,744.27 |

**PART 3:**                           **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.

Current Monthly Mortgage Payment:  $701.05

Next postpetition payment due:  DECEMBER, 2019

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 14, 2019                    Respectfully submitted,


                                            s/ Charles J. DeHart, III, Trustee
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            Fax: (717) 566-8313
                                            eMail: dehartstaff@pamd13trustee.com

Creditor Name: RUSHMORE LOAN MGMT SERVICE
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0060 | 1143551 | 02/03/2016 | $271.64 | $0.00 | $271.64 |
| 0060 | 1145186 | 03/02/2016 | $352.71 | $0.00 | $352.71 |
| 0060 | 1146937 | 04/06/2016 | $352.71 | $0.00 | $352.71 |
| 0060 | 1148626 | 05/04/2016 | $352.71 | $0.00 | $352.71 |
| 0060 | 1150311 | 06/14/2016 | $347.90 | $0.00 | $347.90 |
| 0060 | 1151825 | 07/07/2016 | $347.90 | $0.00 | $347.90 |
| 0060 | 1153295 | 08/04/2016 | $361.05 | $0.00 | $361.05 |
| 0060 | 1154844 | 09/01/2016 | $361.05 | $0.00 | $361.05 |
| 0060 | 1156481 | 10/05/2016 | $347.17 | $0.00 | $347.17 |
| 0060 | 1158069 | 11/02/2016 | $348.65 | $0.00 | $348.65 |
| 0060 | 1159683 | 12/06/2016 | $343.51 | $0.00 | $343.51 |
| 0060 | 1161251 | 01/12/2017 | $343.51 | $0.00 | $343.51 |
| 0060 | 1162950 | 02/08/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1164487 | 03/09/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1166135 | 04/12/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1167664 | 05/11/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1169264 | 06/13/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1170638 | 07/06/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1172154 | 08/10/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1173686 | 09/19/2017 | $338.45 | $0.00 | $338.45 |
| 0060 | 1174934 | 10/11/2017 | $334.07 | $0.00 | $334.07 |
| 0060 | 1176272 | 11/08/2017 | $334.07 | $0.00 | $334.07 |
| 0060 | 1177658 | 12/05/2017 | $344.23 | $0.00 | $344.23 |
| 0060 | 1179091 | 01/11/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1180460 | 02/08/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1181819 | 03/08/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1183199 | 04/03/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1186332 | 05/15/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1187585 | 06/07/2018 | $334.07 | $0.00 | $334.07 |
| 0060 | 1189013 | 07/12/2018 | $845.75 | $0.00 | $845.75 |
| 0060 | 1190370 | 08/09/2018 | $255.25 | $0.00 | $255.25 |
| 0060 | 1191669 | 09/06/2018 | $255.25 | $0.00 | $255.25 |
| 0060 | 1193027 | 10/10/2018 | $728.22 | $0.00 | $728.22 |
| 0060 | 1194376 | 11/08/2018 | $251.21 | $0.00 | $251.21 |
| 0060 | 1195784 | 12/13/2018 | $251.21 | $0.00 | $251.21 |
| 0060 | 1197148 | 01/10/2019 | $251.21 | $0.00 | $251.21 |
| 0060 | 1198242 | 02/07/2019 | $51.27 | $0.00 | $51.27 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

GARY FUNK                                        Case No.: 4-14-05080-RNO
MARCY FUNK                                       Chapter 13
                    Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 14, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

PAUL W McELRATH, JR, ESQUIRE                     SERVED ELECTRONICALLY
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH PA,  15210-


RUSHMORE LOAN MANAGEMENT SERVICES, LLC  SERVED BY 1ST CLASS MAIL
PO BOX 52708
IRVINE, CA,  92619-2705


GARY FUNK                                        SERVED BY 1ST CLASS MAIL
MARCY FUNK
2634 SUSQUEHANNA TRAIL
WATSONTOWN, PA 17777



I certify under penalty of perjury that the foregoing is true and correct.


Date: November 14, 2019                    s/   Donna Schott
                                           Charles J. DeHart, III, Trustee
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           Fax: (717) 566-8313
                                           eMail: dehartstaff@pamd13trustee.com