```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                       Case No. 14-05080-RNO
Gary Funk                                                    Chapter 13
Marcy Funk
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: Christoph              Page 1 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: 3180W               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db/jdb        +Gary Funk,   Marcy Funk,   2634 Susquehanna Trail,   Watsontown, PA 17777-7943
cr            +Goldman Sachs Mortgage Company,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                Warrington, PA 18976-3403
4575033       +Alpine Direct Services,   9120 Double Diamond Pkwy STE 433,   Reno, NV 89521-4842
4575036       +Carl Jenkins DMD,   315 Main St,   Watsontown, PA 17777-1618
4575046       +GMC Group LLC,   717 Elliott Avenue,   Cincinnati, OH 45215-5443
4872715        GOLDMAN SACHS MORTGAGE COMPANY c/o Rushmore,   P.O. Box 52708, Irvine, CA 92619-2708
4872716        GOLDMAN SACHS MORTGAGE COMPANY c/o Rushmore,   P.O. Box 52708, Irvine, CA 92619-2708,
                GOLDMAN SACHS MORTGAGE COMPANY c/o Rushm,   P.O. Box 52708, Irvine, CA 92619-2708
4575042        Geisinger Health System,   Post Office Box 828560,   Philadelphia, PA 19182-8560
4575044       +Geisinger Medical Center,   PO Box 988,   Harrisburg, PA 17108-0988
4575043        Geisinger Medical Center,   PO Box 828518,   Philadelphia, PA 19182-8518
4575045        Global Group Holdings,   Post Office Box 25902,   Las Vegas, NV 89126
4613584        Goldman Sachs Mortgage Company,   c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                P.O. Box 24605,   West Palm Beach, FL 33416-4605
4575047       +Harold Shepley and Associates, LLC,   485 Berlin Plank Road,   Somerset, PA 15501-2415
4575049       +Medical Park ENT,   80 Medical Park Dr,   Lewisburg, PA 17837-6343
4575051       +Ocwen Loan Servicing,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
4566027       +Ocwen Loan Servicing I,   4828 Loop Central Dr,   Houston, TX 77081-2193
4566028       +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
4575058        PP&L,   2 NORTH 9TH STREET,   ALLENTOWN, PA 18101-1179
4575052       +Pack Management Group,   2533 N Carson Street,   Suite 4074,   Carson City, NV 89706-0242
4566030       +Penn Credit,   916 South 14th Street Po Box 988,   Harrisburg, PA 17108-0988
4566032       +Pinnacle Credit Servic,   7900 Highway 7 # 100,   Saint Louis Park, MN 55426-4045
4566033       +Popular Mortgage Srvci,   121 Woodcrest Rd,   Cherry Hill, NJ 08003-3620
4566034       +Popularmtg,   301 Lippincott Drive Suite 100,   Marlton, NJ 08053-4197
4575059       +Quantum Inmaging,   405 Saint Johns Church Road,   Camp Hill, PA 17011-5739
4575061       +Quest Diagnostics,   P.O. Box 64892,   Baltimore, MD 21264-4892
4575062       +Robert Chianelli DMD,   411 Broad St,   Montoursville, PA 17754-2315
4566035       +Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   The Shops of Valley Square,
                Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4575034       +EDI: CINGMIDLAND.COM Nov 12 2019 23:48:00    AT&T Mobility,   PO Box 6416,
                Carol Stream, IL 60197-6416
4612734       +EDI: CINGMIDLAND.COM Nov 12 2019 23:48:00    AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921,
                908-532-1957   km1426@att.com 07921-2693
4566020       +EDI: AFNIRECOVERY.COM Nov 12 2019 23:48:00    Afni, Inc.,   Po Box 3097,
                Bloomington, IL 61702-3097
4591066        EDI: AIS.COM Nov 12 2019 23:48:00    American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
4566021       +E-mail/Text: EBN_Greensburg@Receivemoremrp.com Nov 12 2019 18:49:49    Berks Credit & Coll,
                900 Corporate Dr,   Reading, PA 19605-3340
4566022       +E-mail/Text: bankruptcy@cavps.com Nov 12 2019 18:49:40    Cavalry Portfolio Serv,
                Po Box 27288,   Tempe, AZ 85285-7288
4570240       +E-mail/Text: bankruptcy@cavps.com Nov 12 2019 18:49:40    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
4566023       +EDI: WFNNB.COM Nov 12 2019 23:53:00    Comenity Bank/Roamans,   Po Box 182789,
                Columbus, OH 43218-2789
4566024       +EDI: WFNNB.COM Nov 12 2019 23:53:00    Comenity Bank/Womnwthn,   4590 E Broad St,
                Columbus, OH 43213-1301
4575040       +E-mail/Text: DSHOWERS@EVANHOSPITAL.COM Nov 12 2019 18:49:49    Evangelical Community Hospital,
                One Hospital Drive,   Lewisburg, PA 17837-9318
4575041        EDI: RMSC.COM Nov 12 2019 23:53:00    GE Capital Retail Bank,   POB 965033,
                Orlando, FL 32896-5033
4566026       +E-mail/Text: mmrgbk@miramedrg.com Nov 12 2019 18:49:36    Miramedrg,   991 Oak Creek Dr,
                Lombard, IL 60148-6408
4575060        EDI: Q3G.COM Nov 12 2019 23:48:00    Quantum3 Group LLC,   P.O. Box 788,
                Kirkland, WA 98083-0788
4571016        EDI: Q3G.COM Nov 12 2019 23:48:00    Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
4566037       +EDI: RMSC.COM Nov 12 2019 23:53:00    Syncb/Care Credit,   950 Forrer Blvd,
                Kettering, OH 45420-1469
4575066       +EDI: VERIZONCOMB.COM Nov 12 2019 23:48:00    Verizon,   P.O. Box 3037,
                Bloomington, IL 61702-3037
4575067       +EDI: VERIZONCOMB.COM Nov 12 2019 23:48:00    Verizon Wireless,   P.O. Box 3397,
                Bloomington, IL 61702-3397
                                                                                              TOTAL: 17
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4575032*    +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
4575035*    +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
4575037*    +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
4575038*    +Comenity Bank/Roamans,    Po Box 182789,    Columbus, OH 43218-2789
4575039*    +Comenity Bank/Womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
4575048*    +Keystone Credit Collec,    124 E Main St,    Lock Haven, PA 17745-1323
4575050*    +Miramedrg,   991 Oak Creek Dr,    Lombard, IL 60148-6408
4575053*    +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4575054*    +Penn Credit,    916 South 14th Street Po Box 988,    Harrisburg, PA 17108-0988
4575055*    +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4575056*    +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
4575057*    +Popular Mortgage Srvci,    121 Woodcrest Rd,    Cherry Hill, NJ 08003-3620
4575063*    +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    The Shops of Valley Square,
              Warrington, PA 18976-3403
4575064*    +Stern and Eisenberg LLP,    Attn: Richard F. Stern, Esquire,
              The Pavilion 261 Old York Road, Sui,    Jenkintown, PA 19046-3722
4575065*    +Syncb/Care Credit,    950 Forrer Blvd,    Kettering, OH 45420-1469
4566025   ##+Keystone Credit Collec,    124 E Main St,    Lock Haven, PA 17745-1323
4566029   ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
4566031   ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4566036   ##+Stern and Eisenberg LLP,    Attn: Richard F. Stern, Esquire,
              The Pavilion 261 Old York Road, Sui,    Jenkintown, PA 19046-3722
                                                               TOTALS: 0, * 15, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leslie J Rase    on behalf of Creditor    Goldman Sachs Mortgage Company pabk@logs.com,
           lerase@logs.com
          Paul W McElrath, Jr.    on behalf of Debtor 1 Gary  Funk ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W McElrath, Jr.    on behalf of Debtor 2 Marcy  Funk ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                               TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gary Funk** | Social Security number or ITIN | **xxx−xx−0465** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marcy Funk** | Social Security number or ITIN | **xxx−xx−6134** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | |
| Case number: | **4:14−bk−05080−RNO** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary Funk

Marcy Funk

11/12/19

**By the court:**

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2