```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-05080-RNO
Gary Funk                                                       Chapter 13
Marcy Funk
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4        User: Christoph           Page 1 of 1         Date Rcvd: Nov 13, 2019
                            Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
        +Spring Window Fashions,   Attn Payroll Administrator,   7549 Graber Road,   Middleton, WI 53562-1096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Leslie J Rase    on behalf of Creditor    Goldman Sachs Mortgage Company pabk@logs.com,
         lerase@logs.com
        Paul W McElrath, Jr.   on behalf of Debtor 1 Gary  Funk ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Paul W McElrath, Jr.   on behalf of Debtor 2 Marcy  Funk ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 4:14-bk-05080 |
| Gary Funk and | : | |
| Marcy Funk, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Doc. No. 42 |
| Marcy Funk, | : | |
| S.S. No. xxx-xx-6134 | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Springs Window Fashions | : | |
| Respondent | : | |

## ORDER TO STOP PAYROLL DEDUCTION

AND NOW, upon consideration of the Motion to Terminate Wage Attachment, it is hereby ORDERED, ADJUDGED and DECREED that,

Spring Window Fashions
Attn: Payroll Administrator
7549 Graber Road
Middleton, WI 53562

Is hereby ordered to immediately terminate the attachment of the wages of Marcy Funk, social security number xxx-xx-6134. No future payments are to be sent to Charles J. DeHart, III, Trustee on behalf of Marcy Funk.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated: November 12, 2019      By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)